| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Raymond Perez. Esquire SBN:116087<br>329 N Rowan Ave<br>Los Angeles, Ca 90063<br>(323) 264-2753 | **FILED & ENTERED**<br><br>**APR 02 2015**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY beaucham DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for: Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - ____Los Angeles_____ DIVISION**

| In re: | CASE NO.: 2:14-bk-13313-BB |
|---|---|
| | CHAPTER: 7 |
| VICKEN VOSGUERITCHIAN; MAGDA VOSGUERITCHIAN | **ORDER ☐ GRANTING ☒ DENYING MOTION TO AVOID LIEN UNDER 11 U.S.C.§ 522(f) (REAL PROPERTY)** |
| | ☒ No hearing held<br>☐ Hearing held<br>Date:<br>Time:<br>Courtroom:<br>Place: |
| Debtor(s). | |

**Creditor Holding Lien to be Avoided** (*name*): Balboa Capital Corporation

The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt. The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).

2. ☒ Notice of this Motion complied with LBR 9013-1(o).

   a. ☒ There was no opposition and request for hearing.

   b. ☐ Hearing requested and held as indicated in the caption.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 4003-2.1.AVOID.LIEN.RP.ORDER**

3. The real property to which this order applies is as follows:

   a. Street address (*specify*): **817 W. Dryden Street Glendale, Ca 91202**

   b. Legal description (*specify*):                                           ☒ See attached page
      Lot 13, Block 13, Tract No. 8419, Los Angeles County, California

4. Recording information regarding lien to be avoided:

   a. Date of recordation of lien (*specify*): **8/21/09**.

   b. Recorder's instrument number or map/book/page number (*specify*):
      20091067896
      ☐ Motion granted:

   b. ☐ The judicial lien sought to be avoided impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(d)

   c. ☐ The judicial lien is void and unenforceable:

      (1) ☐ In its entirety

      (2) ☐ In the following amount *only*: $ _____.  The balance of $ _____ remains a valid and enforceable lien against the property.

6. ☒ Motion denied on the following grounds:    ☐ with prejudice    ☒ without prejudice

   a. ☐ Insufficient notice

   b. ☐ Insufficient evidence of the exempt status of the property in question

   c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).

   d. ☐ Insufficient evidence of fair market value.

   e. ☐ Motion is incomplete.

   f. ☒ Other (*specify*):  Based on the information provided, the liens do not impair the exemption claimed. The debtor claimed a $1 homestead exemption, provided evidence that the property is worth $525,000 and provided evidence that all liens, including the liens to be avoided, total $3,253.88 less than the value of the property, leaving ample equity for the homestead exemption.

7. ☐ The court further orders as follows (*specify*):

   ☐ See attached page

###

Date: April 2, 2015

_____
Sheri Bluebond
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*                          Page 2                     F 4003-2.1.AVOID.LIEN.RP.ORDER