| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Raymond Perez. Esquire SBN:116087<br>329 N Rowan Ave<br>Los Angeles, Ca 90063<br>(323) 264-2753<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for: Debtor* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**APR 02 2015**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** beauchan **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - ____Los Angeles_____ DIVISION**

| In re:<br><br>VICKEN VOSGUERITCHIAN; MAGDA VOSGUERITCHIAN<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:14-bk-13313-BB<br>CHAPTER: 7<br><br>**ORDER** ☒ **GRANTING IN PART**<br>☐ **DENYING MOTION TO AVOID LIEN UNDER 11 U.S.C.§ 522(f) (REAL PROPERTY)**<br><br>☒ No hearing held<br>☐ Hearing held<br>Date:<br>Time:<br>Courtroom:<br>Place: |
|---|---|

**Creditor Holding Lien to be Avoided** (*name*): Bank of America, N.A.

The Motion was:     ☐ Opposed     ☒ Unopposed     ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt. The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).

2. ☒ Notice of this Motion complied with LBR 9013-1(o).

   a. ☒ There was no opposition and request for hearing.
   b. ☐ Hearing requested and held as indicated in the caption.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*     Page 1     **F 4003-2.1.AVOID.LIEN.RP.ORDER**

3. The real property to which this order applies is as follows:
   a. Street address (*specify*): 817 W. Dryden Street Glendale, Ca 91202

   b. Legal description (*specify*):                                          ☒ See attached page
      Lot 13, Block 13, Tract No. 8419, Los Angeles County, California

4. Recording information regarding lien to be avoided:
   a. Date of recordation of lien (*specify*): <u>8/21/09</u>.

   b. Recorder's instrument number or map/book/page number (*specify*):
      20091293851

5. ☒ Motion granted:
   a. ☒ The judicial lien sought to be avoided impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(d)

   b. ☒ The judicial lien is void and unenforceable:
      (1) ☐ In its entirety
      (2) ☒ In the following amount *only*: $ <u>524,436.03</u>.  The balance of $ <u>3,253.88</u> remains a valid and enforceable lien against the property.

6. ☐ Motion denied on the following grounds:    ☐ with prejudice    ☐ without prejudice
   a. ☐ Insufficient notice
   b. ☐ Insufficient evidence of the exempt status of the property in question
   c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).
   d. ☐ Insufficient evidence of fair market value.
   e. ☐ Motion is incomplete.
7. ☐ Other (*specify*):
8. ☐ The court further orders as follows (*specify*):

   ☐ See attached page

###

Date: April 2, 2015

Sheri Bluebond
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2013                          Page 2                          F 4003-2.1.AVOID.LIEN.RP.ORDER